IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHARLES TROOP,

       Plaintiff,                               CV F 04 5759 AWI WMW P

   vs.                                       ORDER SUGGESTING
                                              DEATH UPON THE RECORD

E. CASTILLO, et al.,

       Defendants.

       Plaintiff is a state prisoner proceeding pro se. Plaintiff seeks relief pursuant to 42 U.S.C. § 1983.

       On October 22, 2007, the Court issued findings and recommendations that this action be dismissed for Plaintiff's failure to prosecute. On November 13, 2007, the findings and recommendations were returned to the court by the U.S. Postal Service, indicating that the recommendation was undeliverable due to Plaintiff's death. Pursuant to Fed. R. Civ. P. 25(a)(1), successors or representatives of a deceased party may make a motion for substitution "not later than 90 days after the death is suggested upon the record" and continue the action. Ninety days

have expired since the court received notice of plaintiff's death.  The court accepts the suggestion of death upon the record.  Under Rule 25(a)(1), unless a motion for substitution is made, "the action shall be dismissed as to the deceased party."  Absent such a statement, this case will be dismissed on February 13, 2007.

IT IS SO ORDERED.

**Dated:    November 19, 2007**               /s/  **William M. Wunderlich**
                                              UNITED STATES MAGISTRATE JUDGE