IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CHARLES TROOP,** | **1:04-cv-5759 AWI WMW PC** |
| **Plaintiff,** | **ORDER DISMISSING ACTION** |
| vs. | |
| **E. CASTILLO, et al.,** | |
| **Defendants.** | |

This is a civil rights action brought by Plaintiff proceeding pro se. Plaintiff seeks relief pursuant to 42 U.S.C. § 1983.

On October 27, 2007, findings and recommendations were entered, recommending dismissal of this action for Plaintiff's failure to prosecute. On November 13, 2007, the findings and recommendations were returned to the court by the U.S. Postal Service, indicating that the recommendation was undeliverable due to Plaintiff's death.

On November 21, 2007, a suggestion of death upon the record was entered pursuant to Federal Rule of Civil Procedure 25(a)(1). The order suggesting death upon the record indicated that successors or representatives of the deceased party may make a motion for substitution not later than 90 days after the death is suggested upon the record. Ninety days have expired since the suggestion of death upon the record was entered. There has been no motion for substitution, or any other response to the suggestion of death upon the record.

Accordingly, IT IS HEREBY ORDERED that this action is dismissed.  The Clerk is directed to close this case.

IT IS SO ORDERED.

**Dated:      April 7, 2008**                                   **/s/ Anthony W. Ishii**
                                                                       UNITED STATES DISTRICT JUDGE